976

Sara Myers et al., Plaintiffs, and Eric A. Seiff et al., Appellants, v Eric Schneiderman, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted April 3, 2017; decided April 27, 2017

Motion by New York Chapter of National Academy of Elder Law Attorneys for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Chief Judge DiFiore taking no part.

The People of the State of New York, Respondent, v Jason Daniels, Appellant.

Submitted April 17, 2017; decided April 27, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

The People of the State of New York, Appellant, v Matthew A. Davis, Respondent.

Submitted April 10, 2017; decided April 27, 2017

Motion for assignment of counsel granted and Patricia M. McGrath, Esq., 37 East Avenue, P.O. Box 293, Lockport, NY 14094 assigned as counsel to the respondent nunc pro tunc on the appeal herein.